UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GONZALES,<br><br>                    Petitioner,<br><br>        v.<br><br>M. ELIOT SPEARMAN, Warden,<br><br>                    Respondent. | No. 1:16-cv-01224-AWI-SKO HC<br><br>**ORDER SUSPENDING BRIEFING SCHEDULE AND DIRECTING PETITIONER TO AMEND PETITION**<br><br>**(Doc. 15)** |

On December 1, 2016, Respondent filed an *ex parte* motion, requesting that the Court order Petitioner to file a complete petition, that the scheduling order be suspended pending receipt of an amended petition, and that a new schedule be ordered following submission of an amended petition. In support of his motion, Respondent advised the court that the 24-page petition, as filed, omitted hand-numbered pages 1, 9, 13, 15, and 21.

The Court has reviewed the petition as submitted to the Clerk to determine whether the missing pages resulted from a scanning error by the Court and determined that the pages were missing from the petition that Petitioner submitted to the Court for filing. As a result, the Court will grant Respondent's motion to permit Petitioner to submit an amended petition including all pages.

///

...

Accordingly, it is hereby ORDERED:

1. Within thirty (30) days of this order, Petitioner shall submit to the Court for filing an amended copy of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, including all pages (pages 1 through 24).  In the alternative, Petitioner may file with the Court a sworn statement that, despite the nonconsecutive numbering of the petition, the petition is complete as filed.

2. The briefing schedule set forth in the Order Requiring Respondent to File A Response (Doc. 5) is suspended.  Following Petitioner's submission of an amended petition or statement that the petition may proceed as originally filed, the Court shall issue an amended Order Setting Briefing Schedule.

IT IS SO ORDERED.

Dated:     **December 16, 2016**                    /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE